1  Claire D. Johnson, SBN 032906
   Michael B. Mellema, SBN 247323
2  Parker, Milliken, Clark, O'Hara & Samuelian
     A Professional Corporation
3  555 S. Flower St., 30th Floor                    JS 6
   Los Angeles, California 90071-2440
4  Telephone:  (213) 683-6500
   Facsimile:  (213) 683-6669
5  mmellema@pmcos.com

6  Attorneys for Defendant
   Paul Richard Gassmann
7

8                  **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10        **WESTERN DIVISION – ROYBAL FEDERAL BUILDING**

11

12  ALLSTATE INSURANCE                Case no.:  CV08-04833 DSF (PLAx)
    COMPANY, an Illinois corporation, Judge:     Hon. Dale S. Fischer
13
                                      **JUDGMENT**
         Plaintiff,
14
         v.
15
    PAUL RICHARD GASSMANN;
16  SAMUEL HERB; SHANE
    BRANSON; CHRISTOPHER
17  SHARPE; and MICHAEL
    MELDGAARD,
18
         Defendants.
19

20

21       This case came on regularly for trial on December 1, 2009, in Courtroom 840

22  of the above-entitled Court, before the Honorable Dale S. Fischer, Judge presiding,

23  sitting without a jury, a jury having been duly waived.  Plaintiff Allstate Insurance

24  Company ("Allstate") appeared by its attorney Barry P. Goldberg of Pollak, Vida &

25  Fisher.  Defendant Paul Richard Gassmann ("Gassmann") appeared by his attorney

26  Claire D. Johnson of Parker, Milliken, Clark, O'Hara & Samuelian.  Defendant

27  Samuel Herb ("Herb") appeared by his attorney Douglas D. Guy of Gates,

28  O'Doherty, Gonter & Guy.  Evidence, both oral and documentary, having been

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION
                              1
                          JUDGMENT
362667

1  presented by the parties, the case having been argued and submitted for decision,

2  and on April 24, 2010, the Court having caused to be made and filed herein its

3  written Findings of Fact and Conclusions of Law,

4  **IT IS HERBY ORDERED, ADJUDGED, AND DECREED** that

5  1. Gassmann is an "insured person" within the meaning of Allstate Personal

6  Umbrella Policy Number 914675574, issued to Oliver Clark, III and Jean

7  Clark, (the "Policy"), and is entitled to coverage thereunder for the

8  automobile accident in Fallbrook California on or about April 28, 2007,

9  because he is related to the named insureds and was, at the time of the

10  accident, a resident of the insureds' household;

11  2. Judgment is hereby entered in favor of Gassmann and against Allstate in

12  the amount of $_____, pursuant to a Notice of Application to

13  Tax Costs and Bill of Costs to be filed by Gassmann; and

14  3. Judgment is hereby entered in favor of Herb and against Allstate in the

15  amount of $_____, pursuant to a Notice of Application to

16  Tax Costs and Bill of Costs to be filed by Herb.

17

18

19

20  Dated:      5/24/10          _____

21                              Hon. Dale S. Fischer

22                              Judge of the United States District Court
                                Central District of California

23

24

25

26

27

28

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

2
[PROPOSED] JUDGMENT

362667